**LAW OFFICES OF KIM PARKER, P.A.**
Our Practice is Your Solution

2123 Maryland Avenue
Baltimore, Maryland 21218
**P:** 410.234.2621
**F:** 410.234.2612
www.kpcounsel.com

**KIM PARKER, ESQUIRE^**
**JOHN WOOD, ESQUIRE**
Of Counsel

^Licensed to Practice in Maryland & The District of Columbia

ATTORNEYS AT LAW

**KIM PARKER, ESQUIRE**
Writer's Direct: (410) 234-2621
Writer's Email: kp@kimparkerlaw.com

December 20, 2017

**VIA ELECTRONIC FILING**

The Honorable Catherine C. Blake
United States District Court of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   **Chandra Brooks vs. Shoprite of Glenburnie, LLC , et al**
      **Case No.: 1:17-CV-2940**

Dear Judge Blake:

This correspondence is in response to the Order of the Court requesting a status report on the above-referenced matter. On December 18, 2017, Plaintiff requested reissuance of summonses to all Defendants. The Clerk of the Court issued summonses on December 19, 2017 and those summonses were sent for service of process by certified mail, return receipt requested[1], contemporaneously. It is anticipated that Affidavits of Service will be filed no later than December 28, 2017. I trust that you will find the foregoing responsive to your request. Please feel free to contact me with any additional questions and/or concerns. Thanks again for the opportunity to respond.

Respectfully submitted,

THE LAW OFFICES OF KIM PARKER, P.A.

/s/ **Kim Parker** /s/
Kim Parker, Esquire

---

[1] See Md. Rule 2-121(a)