IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAHNDRA BROOKS,                                :
                                               :
    Plaintiff,                                :
                                               :
v.                                             :   **Case No.: 1:17-CV-2940**
                                               :
WAKEFERN FOOD CORPORATION, *et al.,*           :
                                               :
    Defendants.                              :

## WAKEFERN'S ANSWER

The Defendant, Wakefern Food Corporation, through Mark A. Kohl and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, answers the Complaint filed by the Plaintiff and states as follows:

## FIRST DEFENSE

The Complaint fails to state a claim upon with relief may be granted.

## SECOND DEFENSE

All or a portion of the Plaintiff's claims may be barred by limitations.

## THIRD DEFENSE

As to the individual allegations of the Plaintiff's Complaint the Defendant pleads as follows:

1. After reasonable investigation the Defendant lacks sufficient information to admit or deny.

2. The allegations of this paragraph are directed towards a co-defendant. The Defendant is not required to admit or deny. To the extent responsive pleading is required the Defendant admits that the co-defendant ShopRite of Glen Burnie, LLC

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

       is a foreign corporation registered with Maryland's department of assessments and taxation.

3. The Defendant admits it is a New Jersey Corporation registered with Maryland's department of assessments and taxation. The allegations regarding agency are legal conclusions that are not required to be admitted or denied. The allegations regarding the ownership structure and business purpose of the Defendant are not relevant to any issue raised by the Complaint. To the extent responsive pleading is required the allegations are denied.

4. The allegations are of this paragraph are directed towards a co-defendant. The Defendant is not required to admit or deny. To the extent that responsive pleading is required the allegations as to agency are denied. Upon information and belief the co-defendant is unregistered and is deemed a citizen of another state or commonwealth.

5. Denied.

6. Denied.

7. After reasonable investigation the Defendant lacks sufficient information to admit or deny.

8. Denied.

9. After reasonable investigation the Defendant lacks sufficient information to admit or deny.

10. After reasonable investigation the Defendant lacks sufficient information to admit or deny.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

11. The paragraph sets forth only legal conclusions and responsive pleading is not required. To the extent pleading is required the allegations are denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. The paragraph only incorporates preceding paragraphs by reference. Responsive pleading is not required and the parties are referred to this Defendant's responses to the preceding paragraphs.

18. After reasonable investigation the Defendant lacks sufficient information to admit or deny.

19. After reasonable investigation the Defendant lacks sufficient information to admit or deny.

20. After reasonable investigation the Defendant lacks sufficient information to admit or deny.

21. Denied.

22. Denied.

23. Denied.

24. The paragraph only incorporates preceding paragraphs by reference. Responsive pleading is not required and the parties are referred to this Defendant's responses to the preceding paragraphs.

25. Denied.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## FOURTH DEFENSE

The Defendant asserts that the Plaintiff's alleged damages may have resulted from causes other than those asserted in the Complaint.

## FIFTH DEFENSE

The Defendant asserts that some or all of the Plaintiff's alleged damages may have resulted from the actions of persons other than this Defendant or its employees.

## SIXTH DEFENSE

The Plaintiff's claim may be barred by the doctrine of contributory negligence.

## SEVENTH DEFENSE

The Plaintiff's claim may be barred by the doctrine of assumption of the risk.

## EIGHTH DEFENSE

The Plaintiff may have failed to mitigate her alleged damages.

## NINTH DEFENSE

The Plaintiff may have release all or a portion of her claim against this Defendant.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
 GALLAGHER & DeBLASIS, LLP

By: /s/ Mark A. Kohl, #16890
Mark A. Kohl, #16890
17251 Melford Boulevard, Suite 200
Bowie, Maryland  20715
(301)352-4950
(301)352-8691 - Fax
mkohl@decarodoran.com
**Counsel for Defendants**

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **17th** day of **January, 2018,** I served through ECF a copy of the foregoing document to:

Kim Parker, Esquire
2123 Maryland Avenue
Baltimore, Maryland 21218
*Counsel for Plaintiff*

By: /s/ Mark A. Kohl, #16890
Mark A. Kohl, #16890

I:\Common\WP\L3\MAK\Brooks v. Shoprite - Wakefern\Pleadings\Answer - Wakefern1.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548