**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

CHANDRA BROOKS,             :

                          :

       Plaintiff,            :

                          :

v.                        :    **Case No.: 1:17-CV-2940**

                          :

WAKEFERN FOOD CORPORATION, *et al.,*  :

                          :

       Defendants.         :

<u>**WAKEFERN'S AND SHOPRITE'S DISCLOSURE OF
AFFILIATIONS AND FINANCIAL INTERESTS
PURSUANT TO LOCAL RULE 103.3**</u>

      The Defendants, Wakefern Food Corporation and ShopRite of Glen Burnie, LLC., through

counsel and pursuant to Local Rule 103.3, submit the following disclosures of corporate interest:

      The Defendant ShopRite of Glen Burnie, LLC is a subsidiary of the Defendant Wakefern

Food Corporation.  Both Defendants are privately held and are not publically traded.

                Respectfully submitted,

                DeCARO, DORAN, SICILIANO,
                 GALLAGHER and DeBLASIS, LLP

By:    <u>/s/ Mark A. Kohl, #16890</u>
        Mark A. Kohl, #16890
        17251 Melford Boulevard, Suite 200
        Bowie, Maryland  20715
        Tel:   301/352-4950
        Fax:  301/352-8691
        Email: mkohl@decarodoran.com
        ***Counsel for Defendants***

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
———
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this **18th** day of **January, 2018**, a copy of the foregoing

Defendant's Local Rule 103.3 was efiled to:

Kim Parker, Esquire
2123 Maryland Avenue
Baltimore, Maryland 21218
***Counsel for Plaintiff***

_/s/ Mark A. Kohl, #16890_
Mark A. Kohl, #16890

I:\Common\WP\L3\MAK\Brooks v. Shoprite - Wakefern\Pleadings\Local Rule 103.3 Disclosures - WakeFern and ShopRite.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

———

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

———

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548