## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHANDRA BROOKS, | * | |
|     Plaintiff | * | |
| v. | * | Civil No.: 1:17-CV-2940-CCB |
| SHOPRITE OF GLEN BURNIE, LLC, *et al.* | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AP CLEANING SERVICES, LLC'S ANSWER TO COMPLAINT

Defendant, AP Cleaning Services, LLC, by FERGUSON, SCHETELICH & BALLEW, P.A., and Robert L. Ferguson, Jr., its attorneys, for answer to the Complaint heretofore filed in this matter, says:

### DEFENSES PURSUANT TO RULE 12(b)

Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

### ANSWER

1. Defendant has insufficient knowledge or information to either admit or deny the allegations of paragraph 1 of the Complaint.

2. The allegations of this paragraph are directed towards a co-defendant. The Defendant is not required to admit or deny. To the extent that a response is required, Defendant has insufficient knowledge or information to either admit or deny the allegations of paragraph 2 of the Complaint.

3. The allegations of this paragraph are directed towards a co-defendant. The Defendant is not required to admit or deny. To the extent that a response is required, Defendant

has insufficient knowledge or information to either admit or deny the allegations of paragraph 3 of the Complaint.

4. Defendant admits that it is a Pennsylvania limited liability company. Defendant denies the remainder of paragraph 4.

5. Defendant denies the allegations of paragraph 5 of the Complaint.

6. Defendant has insufficient knowledge or information to either admit or deny the allegations of paragraph 6 of the Complaint.

7. The allegations of paragraph 7 of the Complaint constitute legal conclusions to which this Defendant is not required to respond. To the extent that a response is required, the allegations are denied.

8. The allegations of paragraph 8 of the Complaint constitute legal conclusions to which this Defendant is not required to respond. To the extent that a response is required, the allegations are denied.

9. Defendant has insufficient knowledge or information to either admit or deny the allegations of paragraph 9 of the Complaint.

10. Defendant has insufficient knowledge or information to either admit or deny the allegations of paragraph 10 of the Complaint.

11. The allegations of paragraph 11 of the Complaint constitute legal conclusions to which this Defendant is not required to respond. To the extent that a response is required, the allegations are denied.

12. Defendant denies the allegations of paragraph 12 of the Complaint.

13. Defendant denies the allegations of paragraph 13 of the Complaint.

14. Defendant denies the allegations of paragraph 14 of the Complaint.

15. Defendant denies the allegations of paragraph 15 of the Complaint.

16. Defendant denies the allegations of paragraph 16 of the Complaint.

17. Paragraph 17 incorporates the foregoing paragraphs. Defendant is not required to respond, and to the extent that a response is required, Defendant refers to its responses to the preceding paragraphs.

18. Defendant has insufficient knowledge or information to either admit or deny the allegations of paragraph 18 of the Complaint.

19. Defendant has insufficient knowledge or information to either admit or deny the allegations of paragraph 19 of the Complaint.

20. Defendant admits that it was to provide floor care services for the ShopRite store located at 6716 Governor Ritchie Highway, Glen Burnie, Maryland 21061.

21. Defendant denies the allegations of paragraph 21 of the Complaint.

22. Defendant denies the allegations of paragraph 22 of the Complaint.

23. Defendant denies the allegations of paragraph 23 of the Complaint.

24. Paragraph 24 incorporates the foregoing paragraphs. Defendant is not required to respond, and to the extent that a response is required, Defendant refers to its responses to the preceding paragraphs.

25. Defendant has insufficient knowledge or information to either admit or deny the allegations of paragraph 25 of the Complaint.

## AFFIRMATIVE DEFENSES

26. Plaintiff's claims are barred by contributory negligence.

27. Plaintiff's claims are barred by assumption of risk.

28. Plaintiff's claims are barred by release.

29. Some or all of Plaintiff's alleged damages may have resulted from the actions of persons other than this Defendant or its employees.

30. Plaintiff may have failed to mitigate her alleged damages.

31. Plaintiff's claims are barred by the applicable statutes of limitations.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant AP Cleaning Services, LLC respectfully prays this Honorable Court to dismiss Plaintiff's Complaint and enter judgment in favor of Defendant for costs.

FERGUSON, SCHETELICH, & BALLEW, P.A.

By: _____/s/_____
Robert L. Ferguson, Jr.
Federal Trial Bar No. 00777
100 South Charles Street, Suite 1401
Baltimore, Maryland 21201
(410) 837-2200
(410) 837-1188 (facsimile)
rferguson@fsb-law.com
*Attorneys for Defendant AP Cleaning Services, LLC*

## REQUEST FOR JURY TRIAL

Defendant, AP Cleaning Services, LLC, by FERGUSON, SCHETELICH & BALLEW, P.A., and Robert L. Ferguson, Jr., its attorneys, requests that all issues in this matter be tried before a jury.

FERGUSON, SCHETELICH, & BALLEW, P.A.

By: _____/s/_____
Robert L. Ferguson, Jr.
Federal Trial Bar No. 00777
100 South Charles Street, Suite 1401
Baltimore, Maryland 21201
(410) 837-2200
(410) 837-1188 (facsimile)
rferguson@fsb-law.com
*Attorneys for Defendant AP Cleaning Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2018, a copy of the foregoing Answer to the Complaint was served electronically on:

Kim Parker, Esquire
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
*Attorney for Plaintiff*

Mark A. Kohl, Esquire
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
*Attorney for Defendants Wakefern Food Corporation and ShopRite of Glen Burnie, LLC*

_____/s/_____
*Attorneys for Defendant AP Cleaning Services, LLC*