# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## BALTIMORE DIVISION

**CHANDRA BROOKS**

        Civil **1:17-CV-2940**

    PLAINTIFF

vs.

**SHOPRITE OF GLEN BURNIE, LLC**
**WAKERFERN FOOD CORP**
**AP CLEANING SERVICES, LLC**
    DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \*

### Order Modifying Scheduling Order

Upon consideration of Plaintiff's Motion to Modify Scheduling Order, it is hereby this ___ day of _____, 2018, ORDERED, that the Motion is GRANTED, it is further ORDERED, that the Scheduling Order is modified as follows:

| | |
|---|---|
| May 24, 2018 | Plaintiff's Rule 26(a)(2) disclosures |
| June 22, 2018 | Defendants Rule 26(a)(2) disclosures |
| July 6, 2018 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |

It is further ORDERED, that all other deadlines stated in the Court's March 13, 2018, remain unchanged.

Signed this ___ day of _____, 2018

_____
Judge Catherine C. Blake
United States District Court of Maryland