IN THE UNITED STATES DISTRICT COURT OF MARYLAND
BALTIMORE DIVISION

**CHANDRA BROOKS**           *

                             *   Civil <u>**1:17-CV-2940**</u>

PLAINTIFF                    *

vs.                          *

**SHOPRITE OF GLEN BURNIE, LLC**
**WAKERFERN FOOD CORP**
**AP CLEANING SERVICES, LLC**   *
DEFENDANTS

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the foregoing Motion to Extend the Discovery Deadline, any responses thereto, it is on this ___22nd___ day of ___May___ 2018 hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED, that the dates of the scheduling order are amended as follows:

Plaintiff's Rule 26(a)(2) disclosures ……………………………………….. 7/23/2018

Defendant's Rule 26(a)(2) disclosures………………………………………8/21/2018

Plaintiff's Rebuttal Rule 26(a)(2) disclosures)…………………………9/04/2018

Rule 26(e)(2) supplementation of disclosures and responses………........9/11/2018

Discovery Deadline; submission of status report …………………..…10/05/2018

Requests for Admission …………………………………………….....10/12/2018

Dispositive pretrial motions deadline ……………………………………11/5/2018

Mediation with a U.S. Magistrate Judge…………………………….… TBD

1

_____CCB_____
Judge