UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHANDRA BROOKS**<br><br>        Plaintiff<br>v.<br><br>**SHOPRITE OF GLEN BURNIE, LLC,** *et al.*<br><br>        Defendants | Case No.:<br>**17-cv-02940-CCB** |

### ENTRY OF APPEARANCE FOR PLAINTIFF

Please enter the appearance of SEAN R. DAY as co-counsel for Chandra Brooks, Plaintiff. I certify that I am admitted to practice in this Court. Thank you.

Respectfully submitted,

/s/Sean R. Day/s/
Sean R. Day (Bar No. 12831)
7474 Greenway Ctr Dr Ste 150
Greenbelt, MD 20770-3524
301.220.2270
301.220.2441 fax
*Sean@DayInCourt.Net*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served this filing date upon all parties through the ECF system. All parties are represented by counsel who are registered ECF users and have entered appearances in this case.

/s/Sean R. Day/s/
Sean R. Day